# ELECTRONIC RECORD

COA # 12-14-00172-CR          OFFENSE: 21.11

STYLE: Athelston Hayles v. The State of Texas          COUNTY: Smith

COA DISPOSITION: AFFIRMED          TRIAL COURT: 7th District Court

DATE: 7/8/2015          Publish: NO          TC CASE #: 007-1539-07

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Athelston Hayles v. The State of Texas          CCA #: 1043-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/25/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**